IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: List of Pending ) | |
| Social Security Cases ) | ORDER |
| Marked as Attachment A ) | |
| ) | |

Under Local Civ. Rule 73.02(B)(2)(a) (D.S.C.), all motions in the actions referenced in Attachment A were referred to the undersigned United States Magistrate Judge. Effective December 1, 2022, the court is rescinding Local Civ. Rule 83.VII.04, in response to new Supplemental Rules governing deadlines in Social Security cases. As a result, it appears that the deadlines for filing the Commissioner's answer, the Plaintiff's brief, and the Defendant's Brief may be affected.

A review of the docket reveals that the change may result in overdue answers/briefs in some of the cases referenced in Attachment A. In anticipation of requests for extensions and in the interests of justice and judicial economy, as set forth in attachment A, the undersigned hereby grants extensions in the cases referenced in the attached exhibit. The deadlines calculated as referenced in Attachment A, shall remain in effect for these cases. Otherwise, the new rules will apply to any deadlines not referenced in Attachment A and will govern the deadlines for cases filed on or after December 1, 2022.

IT IS SO ORDERED.

November 30, 2022
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge