**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| RANSON ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil Action No. 4:22-CV-01873-MGL |

## ORDER

AND NOW, this 7th day of August, 2023, it is hereby, ORDERED that Plaintiff, Ranson Anderson, is awarded attorney fees in the amount of Three Thousand Eight Hundred and Eighty-Eight Dollars and 84/100 Cents ($3,888.84) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Ranson Anderson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

s/ Mary Geiger Lewis
Honorable Mary Geiger Lewis, US District Judge